**No. 52985.**—Many Blanc & Co., Inc., and Schenley Import Corp. *v.* United States, protests 132437–K/1240 and 132276–K/1237 (Chicago).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

MARCH 28, 1949

**No. 52986.**—SUIT 4589.—United States *v.* Goldberg & Seltzer, Inc.– —C. D. 1073 affirmed February 1, 1949. C. A. D. 399.

MARCH 29, 1949

**No. 52987.**—SUIT 4593.—United States *v.* Colonial Bead Co., Inc.– —C. D. 1086 affirmed February 1, 1949. C. A. D. 401.

BEFORE THE FIRST DIVISION, APRIL 5, 1949

**No. 52988.**—John V. Carr & Son, Inc. *v.* United States, protest 136247–K (Detroit).

Opinion by COLE, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall the subject of *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C: D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.